B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Colorado

In re: **William Allison Baker**
      **Dyan McMorris Baker**
      Debtor(s)

Case No.
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:** Bank Of The West

**Describe Property Securing Debt:** 2009 Nissan Murano, 29,900 miles, good condition

Property will be (check one):
- ☐ Surrendered
- ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt
- ☐ Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:** Citimortgage Inc

**Describe Property Securing Debt:** rental property #2: 1620 Little Rave St, #604, Denver, CO 80202

Property will be (check one):
- ■ Surrendered
- ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt
- ■ Not claimed as exempt

---

B8 (Form 8) (12/08)            Page 2

---

**Property No. 3**

| **Creditor's Name:** <br> **Citimortgage Inc** | **Describe Property Securing Debt:** <br> rental property #2: 1620 Little Rave St, #604, Denver, CO 80202 |

Property will be (check one): <br>
    ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one): <br>
    ☐ Redeem the property <br>
    ☐ Reaffirm the debt <br>
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one): <br>
    ☐ Claimed as Exempt             ■ Not claimed as exempt

---

**Property No. 4**

| **Creditor's Name:** <br> **Tcf Bank** | **Describe Property Securing Debt:** <br> rental property #1: 9603 South Dudley Way, Littleton, CO 80127 |

Property will be (check one): <br>
    ■ Surrendered             ☐ Retained

If retaining the property, I intend to (check at least one): <br>
    ☐ Redeem the property <br>
    ☐ Reaffirm the debt <br>
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one): <br>
    ☐ Claimed as Exempt             ■ Not claimed as exempt

B8 (Form 8) (12/08) Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>Wffinance | **Describe Property Securing Debt:**<br>rental property #1: 9603 South Dudley Way, Littleton, CO 80127 |

Property will be (check one):
  ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
  □ Redeem the property
  □ Reaffirm the debt
  □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  □ Claimed as Exempt          ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>Michael Fox | **Describe Leased Property:**<br>lease with debtors as landlord | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      □ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>Naim Nassar | **Describe Leased Property:**<br>Residential Lease | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      □ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>Real Estate Rental Services | **Describe Leased Property:**<br>property management for lease of debtor's property at Dudley | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>■ YES      □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **October  1, 2012**      Signature **/s/ William Allison Baker**
                                                            **William Allison Baker**
                                                            Debtor

Date **October  1, 2012**      Signature **/s/ Dyan McMorris Baker**
                                                            **Dyan McMorris Baker**
                                                            Joint Debtor